## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**WEIJIE TANG**
**A# 221-349-587**                                                    **PETITIONER**

**V.**                          **CIVIL ACTION NO. 5:26-CV-410-DCB-BWR**

**RAFAEL VERGARA**                                                    **RESPONDENT**

### <u>ORDER</u>

This matter is before the Court on Weijie Tang, A# 221-349-587, Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [1].[1] Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.  Having reviewed the Petition [1], the Court finds that further development of the record is necessary to consider this habeas petition.

**IT IS THEREFORE ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order.  Respondent shall file with his answer or other responsive pleading any agency records or court records relevant to the disposition of this cause. If Petitioner wants to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] and Memorandum in Support [2] filed on April 29, 2026, along with a copy of this Order upon the Civil Process Clerk, Office of the United

---

[1] Petitioner paid the filing fee on April 29, 2026.

States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430,

Jackson, MS 39201; the Attorney General of the United States, U.S. Department of

Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden, Adams

County Correctional Center, 20 Hobo Fork Road, Natchez, Mississippi 39210.

    **SO ORDERED**, this 21st day of May, 2026.

        *s/ Bradley W. Rath*

        BRADLEY W. RATH
        UNITED STATES MAGISTRATE JUDGE